**FILED**

April 25, 2012

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

MC

DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)                    CASE NUMBER: 2:12-mj-101 GGH
Plaintiff, )
)
v. )                    ORDER FOR RELEASE
)                    OF PERSON IN CUSTODY
DAMIAN PETERSON, )
)
Defendant. )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release Damian Peterson; Case 2:11-mj-101 GGH from

custody subject to the conditions contained in the attached "Notice to Defendant Being Released"

and for the following reasons:

___    Release on Personal Recognizance

___    Bail Posted in the Sum of _____

_X_    Unsecured Appearance Bond in the amount of $50,000.00; co-signed

by Leaveno Peterson and Margueritte Rivera

___    Appearance Bond with 10% Deposit

___    Appearance Bond secured by Real Property

___    Corporate Surety Bail Bond

_X_    (Other) Pretrial Supervision/Conditions.

Issued at _Sacramento, CA_ on _____4/25/2012_____ at _2:35 p.m_

By _____
Kendall J. Newman
United States Magistrate Judge