```
 1 │ Robert M. Holley (SBN 50769)
   │ Attorney at Law
 2 │ 2150 River Plaza Drive, Ste. 164
   │ Sacramento, CA 95833
 3 │ Telephone: (916)922-2111
 4 │
   │ Counsel for Mr. Damian Peterson
 5 │
 6 │
 7 │
 8 │           IN THE UNITED STATES DISTRICT COURT
 9 │               EASTERN DISTRICT OF CALIFORNIA
10 │
11 │ UNITED STATES OF AMERICA,   ) Case No. 2:12-cr-00169-MCE
   │                             )
12 │           Plaintiff,        ) STIPULATION AND ORDER MODIFYING
   │                             ) CONDITIONS OF PRETRIAL RELEASE
13 │      v.                     )
   │                             )
14 │ DAMIAN PETERSON,            )
   │                             )
15 │           Defendant.        )
   │                             )
16 │ _____)
17 │
18 │                         **BACKGROUND**
19 │      Mr. Damian Peterson is charged by way of indictment with two
20 │ counts of violating 21 U.S.C. Section 843(b), use of a communication
21 │ facility for purposes of drug trafficking (counts 39 and 40) carrying a
22 │ maximum penalty for each count of 4 years incarceration, a $250,000
23 │ fine, and a three (3) year term of supervised release.
24 │      On April 25, 2012, Mr. Peterson was released from pretrial
25 │ custody on a $50,000 co-signed unsecured appearance bond with special
26 │ conditions including condition number 12 which reads as follows:
27 │           You shall participate in the following home
   │           confinement program components and abide by all the
28 │           requirements of the program, which will include
```

>     electronic monitoring or other location
>     verification system;
>
>     Curfew: You are restricted to your residence every
>     day as directed by Pretrial Services.
>
>     You shall, in accordance with this release order,
>     have a home monitoring unit installed in your
>     residence, a radio frequency transmitter device
>     attached to your person, and shall comply with all
>     instructions for the use and operation of said
>     devices as given to you by the Pretrial Service
>     Agency and employees of the monitoring company.
>     You shall pay all or part of the costs of the
>     program based upon your ability to pay, as
>     determined by the pretrial services officer;

Since the inception of this order, Mr. Peterson has been supervised by Agent T. Gaskins, of the Pretrial Services Office and has been on electronic monitoring pursuant to the above-stated condition number 12 for more than one year. Ms. Gaskins is of the opinion and makes the recommendation that this particular condition number 12 is no longer necessary and that the Special Conditions of Release be modified to eliminate this condition of electronic monitoring. Accordingly, the parties hereto enter into the following stipulation.

**STIPULATION**

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective legal counsel, that the Court's Pretrial Release Order issued April 25, 2012 be modified to eliminate and

////
////
////
////
////
////

exclude Special Condition number 12, electronic monitoring, as set forth above.

Dated: May 3, 2013

*/s/ Robert M. Holley*
_____
Mr.Robert M. Holley, Esq.
Counsel for Damian Peterson

Dated: May 3, 2013

*/s/ Jason Hitt (by RMH)*
_____
Mr. Jason Hitt, Esq.
Assistant United States Attorney

ORDER

On the stipulation of all parties and good cause appearing, IT IS SO ORDERED.

Dated:  May 3, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE